1   Steven J. Elleman (*Pro Hac Vice* Application Pending)
    Steve.Elleman@ThompsonHine.com
2   Ohio #0066332
    Sean P. McCormick (*Pro Hac Vice* Application Pending)
3   Sean.McCormick@ThompsonHine.com
    Ohio #0088281
4   THOMPSON HINE LLP
    Discovery Place
5   10050 Innovation Drive, Suite 400
    Miamisburg, Ohio 45342-4934
6   Telephone:  (937) 443-6600

7   Attorneys for Plaintiff, THE REYNOLDS AND
    REYNOLDS COMPANY
8
    Peter R. Osinoff
9   Posinoff@bonnebridges,com
    Bar No.: 072168
10  Derek F. O'Reilly-Jones
    DOReillyJones@bonnebridges.com
11  Bar No.: 318038
    BONNE, BRIDGES, MUELLER, O'KEEFE &
12  NICHOLS
    355 South Grand Avenue, Suite 1750
13  Los Angeles, California 90071-1562
    Telephone:  (213) 607-5838
14
    Local Counsel for Plaintiff
15

16                      UNITED STATES DISTRICT COURT
17                     CENTRAL DISTRICT OF CALIFORNIA

18  THE REYNOLDS AND REYNOLDS           CASE NO. 5:22-cv-01535
    COMPANY,
19                                      **COMPLAINT FOR DAMAGES AND**
              Plaintiff,                **DEMAND FOR JURY TRIAL**
20       vs.

21  BLUE SKY PRINTING AND
    PROMOTIONAL INC.
22
              Defendant.
23

24       Plaintiff The Reynolds and Reynolds Company ("Reynolds"), by and through its

25  attorneys, files the following as its Complaint against Defendant Blue Sky Printing and

26  Promotional Inc. ("Blue Sky").

27

28

**JURISDICTIONAL ALLEGATIONS**

1.     Reynolds is an Ohio corporation with its principal place of business at One Reynolds Way, Dayton, Ohio 45430.

2.     Blue Sky is a California corporation with its principal place of business in this district at 1416 Worland Street, Beaumont, California 92223.

3.     Blue Sky offers for sale and has sold business forms that are the subject of this action from California, including within this district.

4.     Pursuant to 28 U.S.C. §§ 1331 and 1338, this Court has original and exclusive subject-matter jurisdiction.  Venue is proper pursuant to 28 U.S.C. §§ 1391 and 1400(a).

**COUNT I – COPYRIGHT INFRINGEMENT**

5.     Reynolds sells software, business forms and supplies, and provides professional services that support various areas of retailing for automobile dealers and automakers.  Among other products, Reynolds creates, develops, and supplies forms to automobile dealers and automakers for use in effectuating automobile purchase, finance and lease transactions.

6.     Reynolds expends significant resources in creating, developing, and updating its forms.  This process involves creating original content that complies with applicable laws and regulations, clearly and concisely discloses required information, collects necessary information from customers, and mitigates exposure to novel theories of recovery alleged against automobile dealers and automakers.

7.     Balancing these various interests and goals requires Reynolds to exercise judgment and creativity to arrive at the desirable language and arrangement of information.

8.     To protect its original content and original compilations and enable pursuit of infringements thereof, Reynolds typically secures federal copyright registrations for its forms from the U.S. Copyright Office.

9.     Among other forms, Reynolds sells (or sold at one time) its forms LAWCA-PCD (Pre-Contract Disclosure (Retail Installment Sale Contract)), Optional Goods and

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

1  Services Disclosure (Retail Installment Sale Contract), LAWCA-228RS (Agreement to

2  Furnish Insurance Policy), and LAW228RS (Agreement to Furnish Insurance Policy) and

3  LAWCA 412Q (Due Bill) (together the "Reynolds Forms").

4       10.    Blue Sky sells (or sold at one time) its forms Pre-Contract Disclosure (Retail

5  Installment Sale Contract), Agreement to Furnish Insurance Policy (Form #2110), and Due

6  Bill (together, the "Blue Sky Forms").

7       11.  Reynolds owns the copyright in form LAWCA-PCD (Pre-Contract Disclosure

8  (Retail Installment Sale Contract)) a copy of which is attached as Exhibit 1A, and this form

9  is marked with Reynolds' copyright notice.  Reynolds' copyright in this form is registered

10 with the U.S. Copyright Office as Reg. No. TX 7-590-900, a copy of which is attached as

11 Exhibit 1B.

12      12.  Subsequent to Reynolds' registration of copyright in the LAWCA-PCD (Pre-

13 Contract Disclosure (Retail Installment Sale Contract)) form, Blue Sky willfully infringed

14 Reynolds' copyright in the LAWCA-PCD (Pre-Contract Disclosure (Retail Installment

15 Sale Contract)) form by selling the Blue Sky form Pre-Contract Disclosure (Retail

16 Installment Sale Contract), a copy of which is attached as Exhibit 1C.

17      13.  Reynolds owns the copyright in form Optional Goods and Services Disclosure

18 (Retail Installment Sale Contract) a copy of which is attached as Exhibit 2A, and this form

19 is marked with a copyright notice.  Reynolds' copyright in this form is registered with the

20 U.S. Copyright Office as Reg. No. TX 7-534-848, a copy of which is attached as Exhibit

21 2B.  The '848 registration identifies the "Copyright Claimant" as Reynolds and Reynolds

22 Holdings, Inc., which merged into Reynolds on or about December 20, 2019, with

23 Reynolds being the surviving company.  Thus, Reynolds is the owner of the '848

24 registration and associated copyrights.  The name change from Reynolds and Reynolds

25 Holdings, Inc. to Reynolds has been submitted to the Copyright Office for recordation and

26 is pending.

27      14.  Subsequent to the registration of copyright in the Optional Goods and Services

28 Disclosure (Retail Installment Sale Contract) form, Blue Sky willfully infringed Reynolds'

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

1  copyright in the Optional Goods and Services Disclosure (Retail Installment Sale Contract)

2  form by selling the Blue Sky form Pre-Contract Disclosure (Retail Installment Sale

3  Contract), a copy of which is attached as Exhibit 2C.

4       15.  Reynolds owns the copyright in form LAWCA-228RS (Agreement to Furnish

5  Insurance Policy) a copy of which is attached as Exhibit 3A, and this form is marked with

6  Reynolds' copyright notice.  Reynolds' copyright in this form is registered with the U.S.

7  Copyright Office as Reg. No. TX 7-590-825, a copy of which is attached as Exhibit 3B.

8       16.  Subsequent to Reynolds' registration of copyright in the LAWCA-228RS

9  (Agreement to Furnish Insurance Policy) form, Blue Sky willfully infringed Reynolds'

10  copyright in the LAWCA-228RS (Agreement to Furnish Insurance Policy) form by selling

11  the Blue Sky form Agreement to Furnish Insurance Policy (Form #2110), a copy of which

12  is attached as Exhibit 3C.

13       17.  Reynolds owns the copyright in form LAW228RS (Agreement to Furnish

14  Insurance Policy) a copy of which is attached as Exhibit 4A, and this form is marked with

15  Reynolds' copyright notice.  Reynolds' copyright in this form is registered with the U.S.

16  Copyright Office as Reg. No. TX 5-183-566, a copy of which is attached as Exhibit 4B.

17  The '566 registration identifies the "Copyright Claimant" as Reynolds and Reynolds

18  Holdings, Inc., which merged into Reynolds on or about December 20, 2019, with

19  Reynolds being the surviving company.  Thus, Reynolds is the owner of the '566

20  registration and associated copyrights.  The name change from Reynolds and Reynolds

21  Holdings, Inc. to Reynolds has been submitted to the Copyright Office for recordation and

22  is pending.

23       18.  Subsequent to Reynolds' registration of copyright in the LAW228RS

24  (Agreement to Furnish Insurance Policy) form, Blue Sky willfully infringed Reynolds'

25  copyright in the LAW228RS (Agreement to Furnish Insurance Policy) form by selling the

26  Blue Sky form Agreement to Furnish Insurance Policy (Form #2110), a copy of which is

27  attached as Exhibit 4C.

28

4

19.  Each of the Reynolds Forms is an original work and was independently created by Reynolds or the author identified on the associated registration.

20.  On or around September 2020, Reynolds became aware that Blue Sky was selling, or offering for sale, the forms Pre-Contract Disclosure (Retail Installment Sale Contract) and Agreement to Furnish Insurance Policy (Form #2110).  On October 12, 2020, Reynolds, through its attorneys, sent a cease-and-desist to Blue Sky's attorneys, relating to infringement by the Pre-Contract Disclosure (Retail Installment Sale Contract) and Agreement to Furnish Insurance Policy (Form #2110).

21.  Blue Sky and Reynolds, through their attorneys, exchanged substantive communications regarding Reynolds' allegations of infringement, culminating in a letter from Reynolds' attorneys on August 27, 2021.  Since that time, despite follow-up communications from Reynolds' attorneys on October 4, 2021, November 10, 2021 and December 16, 2021, Blue Sky has not sent any substantive reply.

22.  Reynolds owns the copyright in form LAWCA-412Q (Due Bill), a copy of which is attached as Exhibit 5A, and this form is marked with Reynolds' copyright notice. Reynolds' copyright in this form is registered with the U.S. Copyright Office as Reg. No. TX 7-589-070, a copy of which is attached as Exhibit 5B.

23.  Subsequent to the registration of copyright in the LAWCA-412Q (Due Bill) form, Blue Sky willfully infringed Reynolds' copyright in the LAWCA-412Q (Due Bill) form by selling the Blue Sky form Due Bill, a copy of which is attached as Exhibit 5C.

24.  On January 17, 2017, Reynolds, through its attorneys, sent a cease-and-desist to Blue Sky's attorneys, relating to infringement of the LAWCA-412Q (Due Bill), requesting a reply by February 7, 2017.  After Reynolds granted its consent for an extension of time for reply, Blue Sky sent a response on February 17, 2017, indicating that, among other things, Blue Sky agreed to cease all production, distribution, marketing, sale and offers for sale of the Due Bill.

25.  Accompanying the February 17, 2017 letter from Blue Sky was a Declaration executed by Joseph Dycus, Owner of Blue Sky, a copy of which is attached as Exhibit 5D.

1  In the Declaration Mr. Dycus stated that Blue Sky had ceased all production, distributing,
2  marketing, sale and offers for sale of the Due Bill.

3      26.  In response to the February 17, 2017 letter, Reynolds, through its attorneys,
4  sent a letter to Blue Sky's attorneys on February 20, 2017 indicating that, in strict reliance
5  upon the representations in the Declaration and the February 17, 2017 letter, Reynolds was
6  willing to not pursue the matter any further at that time.

7      27.  Despite the representations in the February 17, 2017 letter and the Declaration
8  executed by Joseph Dycus, Reynolds became aware of a further infringement of the
9  LAWCA-412Q (Due Bill) form.  On October 11, 2019, Reynolds, through its attorneys,
10  sent a cease-and-desist to Blue Sky's attorneys, relating to a further infringement of the
11  LAWCA-412Q (Due Bill) by Blue Sky, requesting a reply by November 1, 2019.  Having
12  received no substantive response, on November 7, 2019, Reynolds sent a follow-up letter
13  requesting a reply by November 21, 2019.  On December 12, 2019, Blue Sky, through its
14  attorney, sent a letter in which it was agreed that Blue Sky had previously agreed to cease
15  its infringing activity, indicated that the further infringement was done without knowledge,
16  and that it had since put in place quality control procedures to prevent the Due Bill from
17  being printed.

18      28.  In response to the December 12, 2019 letter, Reynolds, through its attorneys,
19  sent a letter to Blue Sky's attorneys on December 19, 2019 indicating that, in strict reliance
20  upon the representations in the December 12, 2019 letter, Reynolds was willing to not
21  pursue the matter any further at that time.

22      29.  Upon information and belief, Blue Sky has reproduced, distributed, publicly
23  displayed, sold and/or offered for sale the Blue Sky Forms.

24      30.  Blue Sky has no license or other right or permission to copy or otherwise use
25  the Reynolds Forms or the Blue Sky Forms.

26      31.   Blue Sky has reproduced, distributed, publicly displayed, prepared
27  unauthorized derivative works based upon, sold and/or offered for sale copies of infringing
28  versions of the Reynolds Forms, and continues to do so.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

32.    By reproducing, distributing, publicly displaying, preparing unauthorized derivative works based upon, selling and/or offering for sale unauthorized copies of Reynolds' copyrighted forms, Blue Sky has infringed and continues to infringe Reynolds' copyrights in violation of 17 U.S.C. § 101, *et seq.,* thereby damaging Reynolds.

33.    Blue Sky's continuing conduct described above constitutes willful and deliberate infringement of Reynolds' copyrights.

34.    Unless enjoined by this Court, Blue Sky will continue its course of conduct and will continue to wrongfully, willfully, and deliberately copy, distribute, sell, infringe upon, and otherwise profit from Reynolds' copyrighted works.  As a direct and proximate result of Blue Sky's conduct, Reynolds has already suffered and will continue to suffer irreparable harm.  Reynolds has no adequate remedy at law to redress the injuries that Blue Sky's continuing conduct would cause.

**WHEREFORE**, Plaintiff The Reynolds and Reynolds Company demands judgment for such infringement in its favor as follows:

1.    A permanent injunction restraining Blue Sky from reproducing, distributing, publicly displaying, preparing unauthorized derivative works based upon, selling and/or offering for sale the Blue Sky Forms or the Reynolds Forms, or otherwise violating Reynolds' copyrights in the Reynolds Forms; and

2.    An order compelling the impounding and disposition of any products in Blue Sky's possession that infringe Reynolds' copyrights in the Reynolds Forms; and

3.    For Reynolds' actual damages suffered as a result of infringement by Blue Sky; and

4.    Disgorgement of all gains, profits, and advantages derived by Blue Sky, through its infringement Reynolds' copyright in the Reynolds Forms; and/or

5.    Statutory damages, increased for the willful and deliberate infringement by Blue Sky; and/or

6.    Costs and litigation expenses, including attorneys' fees, for the willful and deliberate infringement by Blue Sky; and/or

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

1         7.  For such further and other relief to which Plaintiff is entitled.

2                            **JURY DEMAND**

3       Plaintiff hereby demands a trial by jury on all facts and issues so triable.

4 DATED:  August 31, 2022

5                            BONNE, BRIDGES, MUELLER, O'KEEFE &
                           NICHOLS

6

7

8                    By *Derek F. O'Reilly-Jones*
                         Peter R. Osinoff

9                          Derek F. O'Reilly-Jones
                         Attorneys for Plaintiff THE REYNOLDS AND

10                          REYNOLDS COMPANY

11

12 4818-8830-7383.4

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL